```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

**LINDA KINNEY,**

       Plaintiff,

  vs.                                     Civil Action 2:12-cv-963

                                                     Magistrate Judge King

**WHITEHALL CITY SCHOOLS,**

       Defendant.

## ORDER

At the request of the parties, the status conference previously set for July 19, 2013 is **CONTINUED** to August 2, 2013, unless the dismissal entry is received prior to that time.

If the case remains pending on that date, but no party appears for the conference, the Court will assume that the case is subject to dismissal and will order the case dismissed with prejudice.

 July 18, 2013                                    *s/Norah McCann King*
                                                   Norah M$^{c}$Cann King
                                   United States Magistrate Judge